AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Sidi Mouhamed Deide, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-03954 |
| Edwin J. Day, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                      .

Date:   05/15/2023                                                   /s/ Christopher Dunn
                                                                                            *Attorney's signature*

                                                        Christopher Dunn, Bar No. CD-3991
                                                                        *Printed name and bar number*

                                                        New York Civil Liberties Union Foundation
                                                        125 Broad Street, 19th Floor
                                                        New York, New York 10004
                                                                                    *Address*

                                                                        cdunn@nyclu.org
                                                                                *E-mail address*

                                                                        (212) 607-3300
                                                                            *Telephone number*

                                                                        (212) 607-3318
                                                                                *FAX number*