UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI SALEM, MOUHAMED SAID MALOUM DIN, and JHONNY NEIRA, on behalf of himself and a class of all others similarly situated,

                              Plaintiff,

-against-

EDWIN J. DAY as Rockland County Executive; STEVEN M. NEUHAUS as Orange County Executive,

                              Defendants.
-------------------------------------------------------------------------X

Docket No. 23-cv-3954 (NSR)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that THOMAS E. HUMBACH, County Attorney for the County of Rockland, by Larraine Feiden, Principal Assistant County Attorney, hereby appears in this matter on behalf of defendant EDWIN J. DAY as Rockland County Executive.

Dated: May 16, 2023
       New City, New York

                                        THOMAS E. HUMBACH
                                        County Attorney
                                        *Attorneys for Defendant*
                                        *Edwin J. Day as Rockland County Executive*
                                        Rockland County Department of Law
                                        11 New Hempstead Road
                                        New City, New York 10956
                                        (845) 638-5180

                                        By: */s/Larraine Feiden*
                                            LARRAINE FEIDEN
                                            Principal Assistant County Attorney
                                            FeidenL@co.rockland.ny.us