UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI SALEM, MOUHAMED SAID MALOUM DIN, and JHONNY NEIRA on behalf of himself and all similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>EDWIN J. DAY as Rockland County Executive; STEVEN M. NEUHAUS as Orange County Executive,<br><br>Defendants. | Case No. 23-cv-3954 (NSR)<br><br>**ORDER TO SHOW CAUSE FOR <u>PRELIMINARY INJUNCTION</u>**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/16/2023 |

    Upon the Declaration of Amy Belsher in Support of the Proposed Order to Show Cause (ECF No. 17), Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Preliminary Injunction (ECF No. 13), the Declaration of Amy Belsher in Support of a Preliminary Injunction (ECF No. 14), the Declaration of Lourdes Chavez in Support of a Preliminary Injunction (ECF No. 15), and the Amended Complaint (ECF No. 11), it is hereby ORDERED that the above-named defendants show cause before this Court, at Room 218, in the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601-4150, on May 25, 2023, at 10 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining, during the pendency of this action, (1) Defendant Edwin J. Day from all actions taken pursuant to the Rockland County Emergency Order No. 1, dated May 6, 2023; and further enjoining (2) Defendant Steven M. Neuhaus from all actions taken pursuant to the Orange County Executive Order of May 8, 2023.

It is further ORDERED that on or before May 19, 2023, the defendants shall file any papers they wish to file in opposition to the plaintiffs' Motion for a Preliminary Injunction, and serve the Court with two mailed courtesy copies and one email courtesy copy.

It is further ORDERED that on or before May 22, 2023, the plaintiffs may file any papers they wish to file in reply to the defendants' opposition to the plaintiffs' Motion for a Preliminary Injunction, and serve the Court with two mailed courtesy copies and one email courtesy copy.

It is further ORDERED that a copy of this order, together with the papers upon which it is granted, be served upon counsel for defendants on or before May 17, 2023 at 5 pm ET via overnight mail and email, with proof of service filed on the docket, and that such service be deemed good and sufficient.  Plaintiffs shall serve the Court with two mailed courtesy copies of their opening papers.

Dated: May 16, 2023
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE