

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

May 17, 2023

**VIA ECF**

Honorable Nelson Stephen Román
United States District Judge
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

                  Re:  *Deide v. Day*, 23-cv-3954 (NSR)

Dear Judge Román:

      We write on behalf of the plaintiffs in the above-referenced matter, a putative class challenging recently-issued executive orders purporting to ban the transport to and accommodation of migrants and asylum seekers in Rockland County and Orange County, to request a brief adjournment of the hearing date set for the plaintiffs' motion for a preliminary injunction in the Court's Order to Show Cause. *See* ECF No. 20. The undersigned counsel has a scheduling conflict in the form of an oral argument in another matter (*Onosamba Ohindo v. Barr,* 20-cv-00290 (WDNY)) set several weeks ago for the same time on May 25, 2023.

      After conferring with counsel for the defendants, who have consented to a brief adjournment of the hearing, we respectfully propose the following times for which counsel for all parties are available:

Friday, May 26, 2023 after 3 pm;
Thursday, June 1, 2023 at any time; or
Friday, June 2, 2023 after 12 pm.

      Thank you for your consideration.

Respectfully submitted,

*/s/ Amy Belsher*
Amy Belsher
Antony Gemmell
Guadalupe Victoria Aguirre
Ifeyinwa Chikezie*
Christopher Dunn
125 Broad Street, 19th Floor
New York, N.Y. 10004
212-607-3300
abelsher@nyclu.org

*Counsel for the Plaintiffs*

* Application for admission in the Southern District of New York forthcoming

CC:
Counsel for Edwin J. Day, Larraine S. Feiden, via email: feidenl@co.rockland.ny.us;
Counsel for Steven M. Neuhaus, Matthew J. Nothnagle, via email: mnothnagle@orangecountygov.com