UNITED STATE DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Docket No.: 23-cv-3954 (NSR)

-----------------------------------------------------------------------x

SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI SALEM, MOUHAMED SAID MALOUM DIN, and JHONNY NEIRA, on behalf of himself and a class of others similarly situated,

NOTICE OF APPEARANCE

          Plaintiffs,

-against-

EDWIN J. DAY as Rockland County Executive; STEVEN M. NEUHAUS as Orange County Executive,

          Defendants.

-----------------------------------------------------------------------x

PLEASE TAKE OTICE that Bleakley Platt & Schmidt, LLP, by Vincent W. Crowe, Esq., hereby appears in this matter on behalf of defendant STEVEN M. NEUHAUS as Orange County Executive.

Dated: White Plains, New York  
       June 1, 2023

                                                BLEAKLEY PLATT & SCHMIDT, LLP

By: _____  
     Vincent W. Crowe  
     Attorneys for Defendant  
     *Steven M. Neuhaus as*  
     *Orange County Executive*  
     One North Lexington Avenue  
     White Plains, New York 10602  
     Tel:   (914) 287-6147  
     Fax:  (914) 683-6956  
     vcrowe@bpslaw.com