UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI SALEM, MOUHAMED SAID MALOUM DIN, and JHONNY NEIRA, on behalf of himself and a class of all others similarly situated,

Docket No. 23-cv-3954 (NSR)

Plaintiff,

**NOTICE OF APPEARANCE**

-against-

EDWIN J. DAY as Rockland County Executive; STEVEN M. NEUHAUS as Orange County Executive,

Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that THOMAS E. HUMBACH, County Attorney for the County of Rockland, hereby appears in this matter on behalf of defendant EDWIN J. DAY as Rockland County Executive.

Dated: June 1, 2023
New City, New York

THOMAS E. HUMBACH
County Attorney
*Attorneys for Defendant*
*Edwin J. Day as Rockland County Executive*
Rockland County Department of Law
11 New Hempstead Road
New City, New York 10956
(845) 638-5180

By: */s/Thomas E. Humbach*
THOMAS E. HUMBACH
County Attorney

TO:   All counsel of record (via ECF)