BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel. No.: (914) 949-2700
Fax No.: (914) 683-5956
Matthew G. Parisi
William P. Harrington
Vincent W. Crowe
mparisi@bpslaw.com
wharrington@bpslaw.com
vcrowe@bpslaw.com

*ATTORNEYS FOR DEFENDANT STEVEN M. NEUHAUS,*
*As Orange County Executive*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

SIDI MOUHAMED DEIDE, ADAMA SY,
ABDALLAHI SALEM, MOUHAMED SAID
MALOUM DIN and JHONNY NEIRA on
Behalf of himself and all similarly situated
people,

       Plaintiffs,

  -against-

EDWIN J. DAY as Rockland County
Executive; STEVEN M. NEUHAUS as
Orange County Executive,

       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

Case No. 7:23-cv-3954 (NSR)

**NOTICE OF APPEARANCE**

  Please enter the appearance of BLEAKLEY PLATT & SCHMIDT, LLP by Matthew G. Parisi as counsel of record in the above-captioned case on behalf of Defendant STEVEN M. NEUHAUS as Orange County Executive.

Dated: White Plains, NY
    June 1, 2023

           Respectfully submitted,
          BLEAKLEY PLATT & SCHMIDT, LLP

          BY: */s/ Matthew G. Parisi*
            Matthew G. Parisi
            *Attorneys for Plaintiff*
            One North Lexington Avenue
            White Plains, NY 10601
            Tel. No.: (914) 949-2700
            Fax No.: (914) 683-6956
            mparisi@bpslaw.com