BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel. No.: (914) 949-2700
Fax No.: (914) 683-5956

*ATTORNEYS FOR DEFENDANT STEVEN M. NEUHAUS, As Orange County Executive*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI SALEM, MOUHAMED SAID MALOUM DIN and JHONNY NEIRA on Behalf of himself and all similarly situated people,

        Plaintiffs,

  -against-

EDWIN J. DAY as Rockland County Executive; STEVEN M. NEUHAUS as Orange County Executive,

        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

Case No. 7:23-cv-3954 (NSR)

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as additional counsel of record in the above-captioned case on behalf of Defendant STEVEN M. NEUHAUS as Orange County Executive.

Dated: White Plains, NY
    June 5, 2023

        Respectfully submitted,
        BLEAKLEY PLATT & SCHMIDT, LLP

    BY: */s/ David H. Chen*
        David H. Chen, Esq.
        *of counsel*
        One North Lexington Avenue
        White Plains, NY 10601
        Tel. No.: (914) 949-6144
        Fax No.: (914) 683-6956
        dchen@bpslaw.com