UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No.: 23-cv-3954 (NSR)

-------------------------------------------------------------------------x

SIDI MOUHAMED DEIDE, ADAMA SY, ABDALLAHI
SALEM, MOUHAMED SAID MALOUM DIN, and
JHONNY NEIRA, on behalf of himself and a class of others
similarly situated,

DECLARATION

Plaintiffs,

-against-

EDWIN J. DAY as Rockland County Executive; STEVEN M.
NEUHAUS as Orange County Executive,

Defendants.

-------------------------------------------------------------------------x

I, Matthew G. Parisi, declare under the penalty of perjury that the following facts are true

and correct:

1.      I am a member of the firm Bleakley Platt & Schmidt, LLP, co-counsel for

defendants Edwin J. Day as Rockland County Executive and Steven M. Neuhaus as Orange

County Executive in the above captioned matter.

2.      I submit this declaration at the direction of this Court to address whether this

Court should abstain from adjudicating this controversy.

3.      Attached as Ex. 1 is the May 16, 2023 Order to Show Cause issued in the matter

*County of Orange v. Crossroad Hotel, et al.* (Orange County Supreme Court Index Number

EF003107-2023).

4.      Attached as Ex. 2 is the May 17, 2023 Order to Show Cause issued in the matter

*County of Orange v. City of New York, et al.* (Orange County Supreme Court Index Number

EF003109-2023).

5.      Attached as Ex. 3 is the May 16, 2023 Order to Show Cause issued in the matter

*Town of Newburgh v. Newburgh EOM LLC, et al.* (Orange County Supreme Court Index

Number EF003105-2023).

6.      Attached as Ex. 4 is the May 11, 2023 Order to Show Cause issued in the matter *County of Rockland et al. v. City of New York, et al.* (Rockland County Supreme Court Index Number 032065-2023).

7.      Attached as Ex. 5 is the May 26, 2023 Order of Appellate Division in the matter *County of Rockland et al. v. City of New York, et al.* (Rockland County Supreme Court Index Number 032065-2023).

8.      Attached as Ex. 6 is the May 9, 2023 Order to Show Cause issued in the matter *Town of Orangetown v. Armoni Inn & Suites, LLC, et al.* (Rockland County Supreme Court Index Number 032048-2023).

9.      Attached as Ex. 7 is the May 28, 2023 Order to Show Cause issued in the matter *Town of Colonie v. The City of New York, et al.* (Albany County Supreme Court Index Number 904641-2023).

10.     Attached as Ex. 8 is the May 19, 2023 Order to Show Cause issued in the matter *Town of Poughkeepsie v. South Road Hospitality LLC et al.*  (Dutchess County Supreme Court Index Number 2023-51688) and the June 1, 2023 Order of the Hon. Philip M. Halpern in the removed action.

11.     Attached as Ex. 9 is the May 23, 2023 Order to Show Cause issued in the matter *County of Onondaga v. City of New York et al.* (Onondaga County Supreme Court Index No. 5214/2023).

12.     Attached as Ex. 10 is the May 23, 2023 Order to Show Cause issued in the matter *Town of Salina, New York v. CWP Syracuse I LLC* (Onondaga County Supreme Court Index No. 5226/2023).

13.     Attached as Ex. 11 is the May 17, 2023 Owego County Press Release regarding its Emergency Order related to the Migrant Crisis.

14.     Attached as Ex. 12 is the May 12, 2023 Emergency Order #2023-1 issued for

Cortland County.

15.     Attached as Ex. 13 is the May 11, 2023 Emergency Order 1 of 2023 issued for

Oneida County.

16.     Attached as Ex. 14 is the May 9, 2023 State of Emergency Proclamation and

Local Emergency Order for Rensselaer County.

17.     Attached as Ex. 15 is the May 18, 2023 State of Emergency Declaration for

Chautauqua County.

18.     Attached as Ex. 16 is the May 18, 2023 Local Emergency Order for Niagara

County.

19.     Attached as Ex. 17 is the June 1, 2023 Local State of Emergency No. 4 for

Genesee County.


Dated:  White Plains, New York
          June 5, 2023                                    BLEAKLEY PLATT & SCHMIDT, LLP

                                            By:      /s/ Matthew G. Parisi
                                                     Matthew G. Parisi MGP (MP 2188)
                                                     *Co-counsel for Defendant Edwin J. Day as*
                                                     *Rockland County Executive and counsel for*
                                                     *Steven M. Neuhaus as Orange County*
                                                     *Executive*
                                                     One North Lexington Avenue
                                                     White Plains, New York 10602
                                                     Tel:     (914) 287-6147
                                                     Fax:     (914) 683-6956
                                                     mparisi@bpslaw.com

312429                                      3