UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__  7/12/2023
```

SIDI MOUHAMED DEIDE et al.,

                                  Plaintiffs,

                  -against-

EDWIN J. Day et al.,

                                  Defendant.

----------------------------------------------------------------X

         23-CV-03954 (VR)

         **ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than July 20, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month. Specifically, the letter should include an overview of the status of discovery with respect to the limited expedited discovery ordered by Judge Nelson Román on July 7, 2023. (ECF No. 64).

      **SO ORDERED.**

DATED:      White Plains, New York
              July 12, 2023

                                  _____
                                VICTORIA REZNIK
                                United States Magistrate Judge