September 5, 2023

**MEMO ENDORSED**

**VIA ECF**

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re: *Deide v. Day*, 23-cv-3954-NSR-VR

Dear Judge Reznik:

    The parties submit this joint letter pursuant to the Court's Order directing the parties to submit proposed deadlines for limited, expedited discovery. ECF No. 81.

    Pursuant to the Court's order, the parties' counsel met and conferred on August 30, 2023, via telephone. The plaintiffs' counsel proposed that the defendants produce all remaining documents responsive to their document requests and, if necessary, an updated privilege log, by September 8. The defendants' counsel counter-proposed a deadline of September 12th to which the plaintiffs agreed.

    The parties also discussed potential dates for the defendants' depositions. The plaintiffs' counsel proposed that both depositions take place the week of September 18. The defendants' counsel requested additional time to check with his clients before agreeing to exact dates and later followed up by email stating that Defendant Neuhaus is available to sit for a deposition September 29 from 12pm-3pm and that Defendant Day will be available to sit for a deposition on or before October 6, 2023.

    Accordingly, the parties propose the following deadlines:

- September 12, 2023: defendants to provide an updated response to the plaintiffs' First Set of Document Requests for each defendant.
- September 29, 2023: deposition of Defendant Neuhaus.
- On or before October 6, 2023: deposition of Defendant Day.

We thank the Court for its consideration of and attention to this matter.

*The parties' proposed schedule is GRANTED.*

*The parties are directed to submit a joint status letter outlining the status of discovery in this case on or before October 13, 2023.*

Dated: 9/6/23

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Amy Belsher* | Bleakley Platt & Schmidt, LLP |
| Amy Belsher | */s/ Vincent Crowe* |
| Ifeyinwa Chikezie | Vincent Crowe |
| Guadalupe Victoria Aguirre | Matthew G. Parisi |
| Christopher Dunn | One North Lexington Ave. |
| Terry Ding | White Plains, New York |
| 125 Broad Street, 19th Floor | 914-949-2700 |
| New York, N.Y. 10004 | MParisi@BPSlaw.com |
| 212-607-3300 | |
| abelsher@nyclu.org | *Counsel for Defendants* |
| | |
| *Counsel for the Plaintiffs* | |