

**OFFICE OF THE COUNTY ATTORNEY**
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180    Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

October 30, 2023

***VIA ECF***
Hon. Victoria Reznik, U.S.D.J.
U.S. District Court, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**RE:**    ***Sidi Mouhamed Diede et al. v. County Executive Edwin J. Day et al.***
**Docket No. 23-cv-3954 (NSR)(VR)**

Dear Judge Reznik,

This office represents defendant County Executive Edwin J. Day (the "Rockland County Executive") in the above-referenced matter.  We submit this letter to request withdrawal of Patrick Fischer as counsel for the Rockland County Executive.

Mr. Fischer is no longer associated with this office.  As such, we humbly request the Clerk of the Court be directed to terminate Patrick Fischer as counsel for the Rockland County Executive.

Thank you for Your consideration in this matter.

Respectfully submitted,


 /s/*Larraine S. Feiden*
Principal Assistant County Attorney
Direct Dial: (845) 638-5099
Email: FeidenL@co.rockland.ny.us



cc:     All Parties (via ECF)