USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDI MOUHAMED DEIDE, et al.,

        Plaintiffs,

v.

EDWIN J. DAY, et al.,

        Defendants.

Case No. 23-cv-3954 (NSR-VR)

**STIPULATION AND ORDER**

WHEREAS, on July 19, 2024, the Court issued an Opinion & Order dismissing without prejudice Plaintiffs' First Amended Complaint, denying as moot Plaintiffs' Motion for Class Certification, and ordering that Plaintiffs may file a Second Amended Complaint by August 19, 2024;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for Plaintiffs Sidi Mouhamed Deide, et al., and Defendants Edwin J. Day, et al., and ORDERED by the Court, that:

1. In the event that Plaintiffs do not file a Second Amended Complaint, their deadline to alert the Court of its intention to move for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54(d) and to serve any such motion on Defendants shall be September 6, 2024;

2. Defendants shall serve, but not file, any response to Plaintiffs' motion for attorneys' fees and costs by October 7, 2024;

3. Plaintiffs shall serve any reply in support of their motion for attorneys' fees and costs, and the parties shall file their respective papers, by October 22, 2024.

Dated: July 31, 2024

<table>
<tr><td>

NEW YORK CIVIL LIBERTIES
UNION FOUNDATION

/s/ *Terry Ding*
Terry Ding
Amy Belsher
Ifeyinwa Chikezie
Guadalupe Victoria Aguirre
Christopher Dunn
125 Broad Street, 19th Floor
New York, N.Y. 10004
212-607-3300
tding@nyclu.org

*Counsel for Plaintiffs*

</td><td>

BLEAKLEY PLATT & SCHMIDT, LLP

/s/ *[signature]*

David Chen
One North Lexington Avenue
White Plains, N.Y. 10601
914-949-2700
dchen@bpslaw.com

*Counsel for Defendants*

</td></tr>
</table>

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Dated: August 1, 2024
       White Plains, NY