

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

September 6, 2024

**VIA ECF**

Honorable Nelson S. Román
United States District Judge
United States District Court, Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:  *Deide, et al. v. Day, et al.*, No. 23-cv-3954 (NSR/VR)

Dear Judge Román:

    On behalf of the plaintiffs in this challenge to executive orders issued by the defendants seeking to exclude migrants and asylum seekers from the defendants' counties, undersigned counsel write in accordance with the Court's August 1, 2024 Order to notify the Court that they intend to move for attorney's fees and costs and will serve the motion on the defendants today. *See* Stipulation and Order, Aug. 1, 2024, ECF No. 125 at 1.

    We thank the Court for its attention to this matter and are available to answer any questions the Court may have.

                                     Respectfully submitted,

                                     */s/ Terry Ding*
                                   Terry Ding
                                   Amy Belsher
                                   Guadalupe Aguirre
                                   Ifeyinwa Chikezie
                                   Christopher Dunn
                                   125 Broad Street, 19th Floor
                                   New York, N.Y. 10004
                                   (212) 607-3300
                                   tding@nyclu.org

                                   *Counsel for Plaintiffs*

cc: All counsel (via ECF)