```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SIDI MOUHAMED DEIDE, ADAM SY,
ABDALLAHI SALEM, MOUHAMED SAID
MALOUM DIN, and JHONNY NEIRA,

                  Plaintiff,

- against -

EDWIN J. DAY as Rockland County Executive;
STEVEN M. NEUHAUS as Orange County Executive

                  Defendant.

---------------------------------------------------------------X

**ORDER**

23 Civ. 3954 (NSR)

Nelson S. Román, D.J.:

      The Court is in receipt of Attorney Terry Ding's motion for leave to withdraw as counsel. (ECF No. 132). The basis of Attorney Terry Ding's motion is his departure from the New York Civil Liberties Union, which represents the Plaintiffs. Accordingly, Attorney Terry Ding's motion for leave to withdraw as counsel is GRANTED. The Clerk of Court is kindly directed to terminate Attorney Terry Ding from the instant action. The incoming New York Civil Liberties Union Attorney is directed to file a notice of appearance on or before November 27, 2024. The Clerk of Court is kindly directed to terminate the motion at ECF No. 132.

SO ORDERED.

Dated:    November 20, 2024
              White Plains, NY

                                                          Nelson S. Román, U.S.D.J.