

**MEMO ENDORSED**

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025

June 16, 2025

**VIA ECF**

Honorable Nelson S. Román
United States District Judge
United States District Court, Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re: *Deide, et al. v. Day, et al.*, No. 23-cv-3954 (NSR/VR)

Dear Judge Román:

    We represent the plaintiffs in the above-referenced matter and write in response to the Court's order, ECF 140, to respectfully withdraw the plaintiffs' motion for attorney's fees and costs, ECF 127, along with the materials submitted in support of that motion.

    As the Court is aware, the Supreme Court recently decided *Lackey v. Stinnie*, 145 S. Ct. 659 (2025), which holds that "[a] preliminary injunction . . . does not render a plaintiff a 'prevailing party.'" *Id.* at 671. This holding likely abrogates Second Circuit precedent upon which the plaintiffs relied in their fees motion holding that plaintiffs who are awarded a preliminary injunction are prevailing parties. *See* ECF 128 at 6-7 (citing *Haley v. Pataki*, 106 F.3d 478, 483 (2d Cir. 1997)).

    The plaintiffs have determined that *Lackey v. Stinnie* governs the central issue in their motion for attorney's fees, and therefore submit this letter to withdraw that motion in lieu of filing supplemental briefing in support of that motion. The plaintiffs have notified the defendants of their intent to withdraw the motion.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ Ifeyinwa Chikezie*
Ifeyinwa Chikezie
Amy Belsher
125 Broad Street, 19th Floor

---

Plaintiffs' request to withdraw their motion for attorney's fees and costs is GRANTED. The Clerk of Court is kindly directed to terminate the motion at ECF No. 127.
Dated: June 16, 2025
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

1

New York, N.Y. 10004
212-607-3300
ichikezie@nyclu.org

*Counsel for the Plaintiffs*